FILED

2019 AUG 13 AM 11:49

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| DAVID TOM, | Case No.: |
| Plaintiff, | 6:19-CV-1432-ORL-37-DCI |
| v. | |
| CITY OF INDIAN HARBOUR BEACH, A MUNICIPALITY WITHIN THE STATE OF FLORIDA | |
| AND | |
| INDIAN HARBOUR BEACH VOLUNTEER FIRE DEPARTMENT INC. | |
| Defendants. | |

## NOTICE OF RETURN OF SERVICE

Plaintiff, DAVID TOM ("Tom"), files this notice with the court, Defendants, CITY OF INDIAN HARBOUR BEACH ("CITY") AND INDIAN HARBOUR BEACH VOLUNTEER FIRE DEPARTMENT, INC. ("IHBVFD") have been served on August 8th 2019, pursuant to Federal Rules of Civil Procedure with the return of service for both parties attached.

Dated: August 12, 2019                                          Respectfully Submitted,

/s/ David Tom
David Tom
1058 Herne Ave
Palm Bay, FL 32907
321-725-9212

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| David Tom <br><br> *Plaintiff(s)* <br> v. <br> CITY OF INDIAN HARBOUR BEACH, AND INDIAN HARBOUR BEACH VOLUNTEER FIRE DEPARTMENT INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:19-cv-1432-ORL-37-DCI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Indian Harbour Beach
2055 South Patrick Drive Indian Harbour Beach, FL 32937

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Tom
1058 Herne Ave
Palm Bay, FL 32907

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/2/19

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:19-CV-1432-ORL-37-DCI

Plaintiff:
**David Tom**

vs.

Defendant:
**City of Indian Harbor Beach, and Indian Harbor Beach Volunteer Fire Departmant, Inc,**

For:
None

Received by UVBEENSERVED, LLC on the 5th day of August, 2019 at 5:00 pm to be served on **City of Indian Harbor Beach, 2055 South Patrick Drive, Indian Harbor Beach, FL 32937.**

I, Valerie Caudill, do hereby affirm that on the **8th day of August, 2019** at **3:00 pm**, I:

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons in a Civil Action and Complaint and Request for Jury Trial** with the date and hour of service endorsed thereon by me, to: **Sue Frank** as **authorized agent** for **City of Indian Harbor Beach**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true. Notary Not Required pursuant to F.S. 92.525(2)

Valerie Caudill
#350

UVBEENSERVED, LLC
PO Box 500958
Malabar, FL 32950
(321) 917-8774

Our Job Serial Number: UVB-2019000182
Ref: Tom/City-IHB

Copyright © 1992-2019 Database Services, Inc - Process Server's Toolbox V8.0n

| UVBEENSERVED, LLC<br>PO Box 500958<br>Malabar, FL 32950<br>Phone: (321) 917-8774<br>Fax: (321) 676-2322 | **INVOICE** | Invoice #UVB-2019000182<br>8/9/2019 |



David Tom
1058 Herne Ave.
Palm Bay, FL 32907

Reference Number: Tom/City-IHB

**Case Number: Middle 6:19-CV-1432-ORL-37-DCI**

Plaintiff:
**David Tom**

Defendant:
**City of Indian Harbor Beach, and Indian Harbor Beach Volunteer Fire Departmant, Inc,**

Received: 8/5/2019   Served: 8/8/2019 3:00 pm   GOVERNMENT AGENCY
To be served on: City of Indian Harbor Beach

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| Service Fee (Local) | 1.00 | 30.00 | 30.00 |
| **TOTAL CHARGED:** | | | **$30.00** |
| 8/5/2019    Pre-Payment | | | 30.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2019 Database Services, Inc - Process Server's Toolbox V8 0n

Page 1 / 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| David Tom<br><br>_Plaintiff(s)_<br>v.<br>CITY OF INDIAN HARBOUR BEACH,<br>AND<br>INDIAN HARBOUR BEACH VOLUNTEER FIRE DEPARTMENT INC.<br>_Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:19-cv-1432-ORL-37-DCI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

INDIAN HARBOUR BEACH VOLUNTEER FIRE DEPARTMENT, INC.
1116 Pine Tree Dr Indian Harbour Beach, FL 32937

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Tom
1058 Herne Ave
Palm Bay, FL 32907

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/2/19

_Signature of Clerk or Deputy Clerk_

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:19-CV-1432-ORL-37-DCI

Plaintiff:
**David Tom**

vs.

Defendant:
**City of Indian Harbor Beach, and Indian Harbor Beach Volunteer Fire Departmant, Inc,**

For:
None

Received by UVBEENSERVED, LLC on the 5th day of August, 2019 at 5:00 pm to be served on **Indian Harbor Beach Volunteer Fire Department, Inc., 1116 Pine Tree Dr., Indian Harbor Beach, FL 32937**.

I, Valerie Caudill, do hereby affirm that on the **8th day of August, 2019 at 3:06 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Complaint and Request for Jury Trial** with the date and hour of service endorsed thereon by me, to: **Tom Knowlton as authorized agent** for **Indian Harbor Beach Volunteer Fire Department, Inc.**, at the address of: **1116 Pine Tree Dr., Indian Harbor Beach, FL 32937**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true. Notary Not Required pursuant to F.S. 92.525(2)

**Valerie Caudill**
#350

**UVBEENSERVED, LLC**
**PO Box 500958**
**Malabar, FL 32950**
**(321) 917-8774**

Our Job Serial Number: UVB-2019000183
Ref: Tom/IHBVFD,INC.

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

| UVBEENSERVED, LLC<br>PO Box 500958<br>Malabar, FL 32950<br>Phone: (321) 917-8774<br>Fax: (321) 676-2322 | **INVOICE** | Invoice #UVB-2019000183<br>8/9/2019<br> |

David Tom
1058 Herne Ave.
Palm Bay, FL 32907

Reference Number: Tom/IHBVFD,INC.

**Case Number: Middle 6:19-CV-1432-ORL-37-DCI**

Plaintiff:
**David Tom**

Defendant:
**City of Indian Harbor Beach, and Indian Harbor Beach Volunteer Fire Departmant, Inc,**

Received: 8/5/2019    Served: 8/8/2019 3:06 pm  CORPORATE
To be served on: Indian Harbor Beach Volunteer Fire Department, Inc.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 30.00 | 30.00 |
| **TOTAL CHARGED:** | | | $30.00 |
| 8/5/2019 | Pre-Payment | | 30.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

Page 1 / 1