**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID TOM,                                          Case No.:

          Plaintiff,

     v.                                                        6:19-CV-1432-ORL-37DCI

CITY OF INDIAN HARBOUR BEACH,
A MUNICIPALITY WITHIN THE
STATE OF FLORIDA

AND

INDIAN HARBOUR BEACH VOLUNTEER
FIRE DEPARTMENT INC.

          Defendants.

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's Order on Interested

Persons and Corporate Disclosure:

1.    The name of each person, attorney, association of persons, firm, law firm,

partnership, and corporation that has or may have an interest in a party to this action or in

the outcome of this action, including subsidiaries, conglomerates, affiliates, parent

corporations, publicly-traded companies that own 10% or more of a party's stock, and all

other identifiable legal entities related to a party:

**Plaintiff**

David Tom

- 1 -

1  **Defendant and Defendant's Counsel - City of Indian Harbour Beach**

2  Douglas T Noah, Counsel for City of Indian Harbour Beach and the Florida League of

3  Cities/Florida Municipal Insurance Trust

4
   Ronald P Greninger, Counsel for City of Indian Harbour Beach and the Florida League of
5
6  Cities/Florida Municipal Insurance Trust

7  Dean Ringers Morgan and Lawton P.A., Law Firm for City of Indian Harbour Beach and

8  The Florida League of Cities/Florida Municipal Insurance Trust

9  The Florida League of Cities, Inc., Administrator of the Florida Municipal Insurance

10
   Trust
11

12 Florida Municipal Insurance Trust, Insurer to City of Indian Harbour Beach

13 J. Todd Scaldo, Fire Chief/Public Works Director - City of Indian Harbour Beach

14 Mark K. Ryan, City Manager - City of Indian Harbour Beach

15 Sue Frank, City Clerk - City of Indian Harbour Beach

16
   Timothy S. Bowman, City Employee - City of Indian Harbour Beach
17

18 Matthew S. Cooch, City Employee - City of Indian Harbour Beach

19 David Panicola, Mayor - City of Indian Harbour Beach

20 Scott Nickle, Deputy Mayor - City of Indian Harbour Beach

21 Robert Sharek, Council Member - City of Indian Harbour Beach

22
   Jim Nolan Sr., Council Member - City of Indian Harbour Beach
23
   Frank Guertin, Council Member - City of Indian Harbour Beach
24

25 All taxpayers and citizens within the municipality of the City of Indian Harbour Beach

26

27

28

-2-

1   **Defendant and Defendant's Counsel - Indian Harbour Beach Volunteer Fire**

2   **Department, Inc.**

3   Name of counsel and affiliated law firm representing Defendant IHBVFD, Inc is

4
    unavailable at this time but would have an interest in this action.
5

6   Michael Muldoon, President IHBVFD

7   Timothy Bowman, Vice President IHBVFD

8   Tom Knowlton, Treasurer IHBVFD

9   Craig Finkelstein, Secretary IHBVFD

10
    David Knowlton, Past President and Secretary IHBVFD
11

12  Zachary Anderson, Past Vice President IHBVFD

13  Christopher McMillen, Past Vice President IHBVFD

14  Todd Matarazzo, Past Secretary IHBVFD

15  Roman Lane, Past President IHBVFD

16
    Marcus Abraira, Past Vice President IHBVFD
17

18  Entire Roster of IHBVFD firefighters and affiliates from 2015-2019 - Complete list is

19  unavailable at this time.

20  **Miscellaneous Third Party**

21  Backdraft Vapor, LLC

22  2.      The name of every other entity whose publicly-traded stock, equity, or debt may

23
    be substantially affected by the outcome of the proceedings:
24

25  None known.

26

27

28

3.      The name of every other entity which is likely to be an active participant in the

proceedings, including the debtor and members of the creditors' committee (or if no

creditors' committee the 20 largest unsecured creditors):

None known.

4. The name of each victim (individual and corporate), including every person who may

be entitled to restitution:

David Tom

5. Check one of the following:

a. I certify that I am unaware of any actual or potential conflict of interest

involving the District Judge and Magistrate Judge assigned to this case and will

immediately notify the Court in writing upon learning of any such conflict.

- or -

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or

Magistrate Judge as follows:

None known.


### CERTIFICATE OF SERVICE

I certify that on August 22nd 2019, I filed a copy of the foregoing with the Clerk

of the Court in person and an electronic copy was sent to Douglas Noah, counsel for

Defendant – CITY OF INDIAN HARBOUR BEACH.

I further certify that I mailed the foregoing document and notice of filing by first-

class mail to the following unrepresented party:

Indian Harbour Beach Volunteer Fire Department, Inc

1116 Pinetree Dr

Indian Harbour Beach, FL 32937

Dated: August 22, 2019                          Respectfully Submitted,

David Tom
1058 Herne Ave
Palm Bay, FL 32907
321-725-9212
Pro Se

- 5 -