FILED

2019 AUG 28 PM 4: 45

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID TOM,

    Plaintiff,

v.

CITY OF INDIAN HARBOUR BEACH,
A MUNICIPALITY WITHIN THE
STATE OF FLORIDA

AND

INDIAN HARBOUR BEACH VOLUNTEER
FIRE DEPARTMENT INC.

    Defendants.

Case No.:

6:19-CV-1432-ORL-37DCI

## ORDER ON DEFENDANTS' JOINT MOTION TO EXTEND TIME TO FILE DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT

THIS MATTER is before the court upon Defendants', CITY OF INDIAN HARBOUR BEACH and INDIAN HARBOUR BEACH VOLUNTEER FIRE DEPARTMENT, INC., Motion to Extend Time to File Response to Plaintiff's Complaint [Doc. __]. The Court having carefully considered the motion, having reviewed the court file and having been fully advised in the premises, finds that good cause is lacking to grant the instant motion. It is therefore

**ORDERED AND ADJUDGED** that

1. Defendants', CITY OF INDIAN HARBOUR BEACH and INDIAN HARBOUR BEACH VOLUNTEER FIRE DEPARTMENT, INC., Response to Plaintiff's Complaint is hereby DENIED.

2. Defendants, CITY OF INDIAN HARBOUR BEACH and INDIAN HARBOUR BEACH VOLUNTEER FIRE DEPARTMENT, INC., shall file their response to Plaintiff's Complaint on or before August 29, 2019.

**DONE AND ORDERED** in Chambers in Orlando, Florida this day of August, 2019.

_____
ROY B. DALTON
U.S. District Judge

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF or U.S. mail to David Tom, Pro Se, 1058 Herne Avenue, Palm Bay, FL. 32908 and Louis Wilson, Esq., 1901 S. Harbour City Blvd., Suite 501, Melbourne, FL. 32901, this _____ day of _____, 2019.

_____
Judicial Assistant