UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID TOM,

      Plaintiff,

v.                            CASE NO. 6:19-cv-1432-ORL-37DCI

CITY OF INDIAN HARBOUR BEACH,
A MUNICIPALITY WITHIN THE
STATE OF FLORIDA

AND

INDIAN HARBOUR BEACH VOLUNTEER
FIRE DEPARTMENT, INC.,

      Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Indian Harbour Beach Volunteer Fire Department, Inc., ("IHBVFD") hereby discloses the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure (Docket No. 4):

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

**Plaintiff**

    David Tom

1

**Defendants and Defendants' Counsel**

    City of Indian Harbour Beach, Florida

    Douglas T. Noah, Esq.

    Patti Chapman, Esq.

    Dean, Ringers, Morgan & Lawton, PA

    Florida League of Cities

    Florida Municipal Insurance Trust

    Indian Harbour Beach Volunteer Fire Department, Inc.

    Louis D. Wilson, Esq.

    FordHarrison LLP

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

None.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

Plaintiff, allegedly.

5. Check one of the following:

__X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court

in writing upon learning of any such conflict.

- or -

\_\_\_\_\_ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

DATED this 20th day of September, 2019.

By: *s/ Louis D. Wilson*
Louis D. Wilson
Florida Bar No. 0062257
ldwilson@fordharrison.com

FORDHARRISON LLP
1901 S. Harbor City Blvd., Suite 501
Melbourne, FL 32901
T 321-724-5670 | F 321-724-5979

*Attorneys for Defendant
Indian Harbour Beach Volunteer Fire
Department, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2019, I electronically filed the via the Court's CM/ECF system, and have furnished a true and correct copy via U.S. Mail to the *Pro Se* Plaintiff, David Tom at 1058 Herne Avenue, Palm Bay, Florida 32907.

s/ Louis D. Wilson
Louis D. Wilson

WSACTIVELLP:10807140.1

3