## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**DAVID TOM,**            CASE NO:  6:19-CV-1432-RBD-DCI

    **Plaintiff,**

vs.

**CITY OF INDIAN HARBOUR BEACH,**
**And INDIAN HARBOUR BEACH VOLUNTEER**
**FIRE DEPARTMENT, INC.,**

    **Defendants.**

_____/

## NOTICE OF MEDIATION CONFERENCE

**PLEASE TAKE NOTICE** that the mediation of the above-styled cause will take place on August 5, 2020, at 10:00am, at TBD with Christina Magee as mediator.

**I HEREBY CERTIFY** that on November 12, 2019, the foregoing was electronically filed through the CM/ECF system which will send a notice of electronic filing to Louis Wilson, Esq., 1901 S. Harbour City Blvd., Suite 501, Melbourne, FL. 32901 and David M. Tom, 1058 Herne Avenue, Palm Bay, FL  32908.

                                              */s/Douglas T. Noah*
                                              DOUGLAS T. NOAH, ESQ.
                                              Florida Bar No. 0863970
                                              PATRICIA M. REGO CHAPMAN, ESQ.
                                              Florida Bar No. 085309
                                              Dean, Ringers, Morgan & Lawton, P.A.
                                              Post Office Box 2928
                                              Orlando, Florida 32802-2928
                                              Tel: 407-422-4310   Fax: 407-648-0233
                                              DNoah@drml-law.com
                                              PChapman@drml-law.com
                                              Attorneys for Defendant