**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| DAVID TOM, | Case No.: |
| Plaintiff, | 6:19-CV-1432-ORL-RBD-DCI |
| v. | |
| CITY OF INDIAN HARBOUR BEACH, A MUNICIPALITY WITHIN THE STATE OF FLORIDA | |
| AND | |
| INDIAN HARBOUR BEACH VOLUNTEER FIRE DEPARTMENT INC. | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Middle District Local Rule 3.08, it is hereby stipulated and agreed by and between all parties that all claims of Plaintiff David Tom shall be dismissed, and this lawsuit shall be dismissed with prejudice.

It is further agreed that each party shall bear his/its own attorneys' fees and costs.

Dated this 15th day of January 2020.

1

# CERTIFICATE OF SERVICE

I certify that on January 15th 2020, I filed a copy of the foregoing with the Clerk of the Court in person and an electronic copy was sent to Douglas Noah, counsel for Defendant – CITY OF INDIAN HARBOUR BEACH, Patricia M. Rego Chapman, counsel for Defendant – CITY OF INDIAN HARBOUR BEACH, and Louis Wilson, counsel for Defendant – INDIAN HARBOUR BEACH VOLUNTEER FIRE DEPARTMENT, INC.

Dated: January 15th, 2020

Respectfully Submitted,

_____
DAVID TOM
1058 Herne Avenue
Palm Bay, FL. 32907
321-725-9212
Plaintiff, *Pro Se*

/s/ Patricia M. Chapman
DOUGLAS T. NOAH, ESQ.
Florida Bar No. 0863970
PATRICIA M. REGO CHAPMAN, ESQ.
Florida Bar No. 085309
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel: 407-422-4310 Fax: 407-648-0233
DNoah@drml-law.com
PChapman@drml-law.com
Attorneys for Defendant,
City of Indian Harbour Beach

/s/ Louis D. Wilson
LOUIS D. WILSON
Florida Bar No. 0062257
ldwilson@fordharrison.com
FORDHARRISON LLP
1901 S. Harbor City Blvd., Suite 501
Melbourne, FL 32901
T 321-724-5670 | F 321-724-5979
Attorneys for Defendant,
Indian Harbour Beach Volunteer Fire Department, Inc.