UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID TOM,

          Plaintiff,

v.                           Case No:  6:19-cv-1432-Orl-37DCI

CITY OF INDIAN HARBOUR BEACH;
and INDIAN HARBOUR BEACH
VOLUNTEER FIRE DEPARTMENT,
INC.,

          Defendants.
_____

## ORDER OF DISMISSAL

The parties have filed a Joint Stipulation of Dismissal with Prejudice. (Doc. 28). The notice is effective without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).  Accordingly, the Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 23, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record